# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY SANTISTEVAN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82808

FILED

MAY 12 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges the district court's denial of petitioner's motions to correct or modify his sentence.

Having considered the petition, we are not persuaded that writ relief is warranted because an appeal from the district court's denial of such relief in the first instance is a plain, speedy, and adequate remedy. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004).

21-13683

Thus, petitioner failed to meet his burden of demonstrating that writ relief is warranted. *Id.* Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____
Parraguirre

_____, J.
Cadish

cc: Jerry Santistevan
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We further deny petitioner's motion for stay as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A